In the Matter of HENRY M. GARSSON, Respondent, against WILLIAM J. WALLIN et al., Constituting the Board of Regents of the University of the State of New York, et al., Appellants.

Argued June 6, 1952; decided July 15, 1952.

*Nathaniel L. Goldstein, Attorney-General (Henry S. Manley* and *Wendell P. Brown* of counsel), for appellants.

*Meyer Kraushaar* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE, FULD and FROESSEL, JJ. Not sitting: CONWAY, J.